IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| A PTY LTD., | § | |
| | § | Civil Action No. 1:15-cv-157 |
| Plaintiff, | § | |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT NOTICE REGARDING CLAIM CONSTRUCTION

Plaintiff A Pty Ltd. ("Plaintiff") and Defendant Google Inc. ("Defendant" or "Google") hereby file this Joint Notice Regarding Claim Construction in connection with the Joint Pre-*Markman* Scheduling Order entered in this case (Doc. No. 33).

The Joint Pre-*Markman* Scheduling Order specifies that the parties are to file opening *Markman* briefs on November 20, 2015. The parties have agreed on the construction of the only claim term identified by either party as disputed, as follows:

**email address:** "a string of characters complying with an addressing format for transmission of an email message by the SMTP protocol"

Since no other term has been identified as disputed, the parties will not be submitting *Markman* briefs. The parties have notified Special Master Bayer of the status of the claim construction deliberations.

Date: November 20, 2015	Respectfully submitted,

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
William M. Parrish
Texas State Bar No. 15540325
bparish@dpelaw.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas  78731
(512) 539-2626 (phone)
(512) 539-2627 (fax)

**ATTORNEYS FOR PLAINTIFF
A PTY LTD.**

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI

*/s/ M. Craig Tyler*
M. Craig Tyler
TX State Bar No. 00794762
ctyler@wsgr.com
900 S. Capital of Texas Highway
Las Cimas IV, 5th Floor
Austin, Texas 78746
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

Stefani E. Shanberg
TX State Bar No. 24009955
sshanberg@wsgr.com
Robin L. Brewer (*pro hac vice*)
rbrewer@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have conferred regarding the subject matter of this notice and agree on its contents.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), CV-5(b).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing via electronic mail and/or first class mail, on this the 20th day of November, 2015.

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger