IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| A PTY LTD., | § § § | |
|     Plaintiff, | § § | |
| V. | § § | 1-15-CV-157  RP |
| GOOGLE, INC., | § § § | |
|     Defendant | § § | |

# FINAL JUDGMENT

Before the Court is the above entitled cause of action.  On this day, the Court entered an order granting Defendant's motion for judgment on the pleadings, dismissing Plaintiff's claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action brought by Plaintiff A PTY, Ltd. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on February 29, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE